# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
1

| UNITED STATES OF AMERICA, | Case No. 25-3025 |
|---|---|
| v. | |
| MICHAEL R. CAPPS | |

## ENTRY OF APPEARANCE AND
## CERTIFICATE OF INTERESTED PARTIES
## UNDER 10th Cir. R. 46.1(A)

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Charles "Chaz" Capps and Duaglo LLC, a Kansas limited liability company.

in the above-captioned case(s).

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:
The following individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation.

Vail Fruechting is the member and manager of Duaglo, LLC

No other attorney has appeared for in this matter for the Charles Capps or Duaglo, LLC.

Respectfully submitted

Knopp Law Group PA

By /s/ Ted E Knopp
Ted E Knopp KS #11437
Attorney for Charles Capps and Duaglo LLC

CERTIFICATE OF SERVICE

I hereby certify that on this day all other parties to this litigation either are: 1) represented by attorneys or 2) have consented to electronic service in this case; and on this day , I sent a copy of this filing by USPS, postage prepaid, addressed to:

        Michael R. Capps
        PIC 66142509
        FCI Florence
        PO Box 6000
        Florence CO 81226

            /s/Ted E Knopp