**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 20, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

———————————————

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

MICHAEL R. CAPPS,

     Defendant.

------------------------------

CHARLES CAPPS, et al.,

     Movants - Appellants.

No. 25-3025
(D.C. No. 6:21-CR-10073-EFM-1)
(D. Kan.)

———————————————

### ORDER

———————————————

This matter is before the court *sua sponte*. A review of Appellants' docketing statement and the district court docket has revealed a pending *Combined Notice of Appeal and Conditional Motion for Extension of Time to File Notice of Appeal of Duaglo, LLC and Charles Caps*. ECF No. 256.  In the interest of judicial efficiency, this appeal is ABATED pending the district court's decision on the motion. **Within 30 days** from the date of this order, Appellants shall file a written report advising this court as to the status of the pending motion. If the district court rules before that time, Appellants shall notify this court in writing forthwith.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk