UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 26, 2025

Mr. Ted E. Knopp
Knopp Law Group
310 West Central Avenue, Suite 203
Wichita, KS 67202

RE: 25-3025, United States, et al v. Capps
Dist/Ag docket: 6:21-CR-10073-EFM-1

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

A corrected transcript order form or a statement of why a transcript was not ordered has not been filed. *See* Fed. R. App. P. 10(b) and 10th Cir. R. 10.2(B)(1).

Please correct the stated deficiency within three days of the date of this notice. Although this appeal is currently abated, preliminary documents are still expected to be filed.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: All Parties

CMW/mlb