UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,  Case No. 25-3025
v.
MICHAEL R. CAPPS

**CORRECTED TRANSCRIPT ORDER FORM (NO TRANSCRIPT ORDERED)**

Appellant files herewith the Tenth Circuit Transcript Order Form showing no transcript order, because already requested in and transcribed for Appeal No 23-3095 and 24-3083, with the same caption.

Respectfully submitted

Knopp Law Group PA

By /s/ Ted E Knopp
Ted E Knopp KS #11437
Attorney for Charles Capps and Duaglo LLC

CERTIFICATE OF SERVICE

I hereby certify that on this day all other parties to this litigation either are: 1) represented by attorneys or 2) have consented to electronic service in this case; and on this day , I sent a copy of this filing by USPS, postage prepaid, addressed to:

Michael R. Capps
PIC 66142509
FCI Florence
PO Box 6000
Florence CO 81226

/s/Ted E Knopp

# TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 12/2024)

## PART I – Case Information and Contact Information

Case Name: **USA v Capp**  District Court Case Number: **6:21-cr-10073 EFM**
District Court: **D. Kansas**  Circuit Court Appeal Number: **25-3025**
Name of Attorney/Pro Se Party Completing this Form: **Ted E. Knopp**
Name of Law Firm/Office: **Knopp Law Group PA**
Address: **310 W Central Ave Ste 203 Wichita KS 67202**
Phone: **316-265-5882**  Email: **tknopp@knopplaw.com**
Attorney For: **Charles "Chaz" Capp and Deagle LLC**

## PART II – Complete one section below to indicate whether you are ordering transcripts.

☑ I am not ordering a transcript because (check one):

☐ a transcript is not necessary for this appeal;
☐ the necessary transcript is already on file in the district court; or
☑ the necessary transcript was ordered previously in appeal number **23-3095 + 24-3083**

☐ I hereby order the following transcript(s) from _____ (name of court reporter). One form may be used to order multiple transcripts from the same court reporter, **but separate forms must be filed for each court reporter** from whom a transcript is ordered. **Please be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or Daily) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## PART III – Choose the manner of payment for the transcript(s) ordered.

☐ This case is **NOT** proceeding under the Criminal Justice Act. I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.**

☐ This case **IS** proceeding under the Criminal Justice Act, and (check one):

☐ I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s).
☐ I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

## Part IV – Attorney's/Ordering Party's Certificate of Compliance

I, **Ted E Knopp**, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in **both** the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.**

Attorney's/Ordering Party's Signature: **Ted E Knopp**  Date: **3-1-25**

## PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made)

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I, _____, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

Signature of Court Reporter: _____  Date: _____