FILED
United States Court of Appeals
Tenth Circuit

March 6, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MICHAEL R. CAPPS, <br><br> Defendant. <br><br> ------------------------------ <br><br> CHARLES CAPPS, et al., <br><br> Movants - Appellants. | No. 25-3025 <br> (D.C. No. 6:21-CR-10073-EFM-1) <br> (D. Kan.) |

_____

**ORDER**
_____

On February 20, 2025, the court abated this appeal pending the district court's disposition of the *Combined Notice of Appeal and Conditional Motion for Extension of Time to File Notice of Appeal of Duaglo, LLC and Charles Capps*. On February 27, 2025, the district court issued an order denying the motion. Accordingly, the abatement of this appeal is lifted. Appellants are relieved of their obligation to file status reports.

Briefing on the merits will proceed in accordance with the rules once the district court notifies this court and the parties that the record is complete for purposes of this appeal. *See* 10th Cir. R. 31.1(A).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk